IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 JAN 10 PM 2:19
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| ST. THOMAS, INC. D/B./A § | |
| ST. THOMAS BOUTIQUE AND § | |
| RILEY ESTEBES DE SILVA, § | |
|       PLAINTIFFS, § | |
| § | |
| V. § | CAUSE NO. A-07-CA-168-JRN |
| § | |
| RODNEY P. HUNT, § | |
|       DEFENDANT. § | |

### FINAL JUDGMENT

Before the Court is the above-numbered cause. On January 7, 2008 the parties filed a Stipulation of Dismissal. Accordingly, the Court enters the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**FURTHER IT IS ORDERED** that all relief not expressly granted is hereby **DENIED.**

**FURTHER IT IS ORDERED** that all pending motions are **MOOT.**

**FINALLY IT IS ORDERED** that this action is hereby **CLOSED.**

SIGNED this _10th_ day of January, 2008.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE